UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PAINTERS AND ALLIED TRADES  )
DISTRICT COUNCIL NO. 35         )
    Plaintiff,                                )
                                            )
v.                                          )   C.A. No.:  05-10547-PBS
                                            )
                                            )
NORTH RIVER GLASS              )
    Defendant.                             )
_____)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant North River Glass, in the above-captioned action.  Defendant North River Glass, was served with the complaint on March 31, 2005.  Copies of proof of service are attached.  As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

                        Plaintiff,
                        Painters and Allied Trades
                        District Council No. 35
                        By its attorney,


                        /s/ Michael A. Feinberg
                        Michael A. Feinberg, BBO #161400
                        Feinberg, Campbell & Zack, P.C.
                        177 Milk Street
                        Boston, MA 02109
                        (617) 338-1976

DATED:  June 7, 2005

## **CERTIFICATE OF SERVICE**

      I, Michael A. Feinberg, hereby certify that on this day, I mailed a copy of the enclosed documents to Mr. Harvey Graham, North River Glass, 413 Plymouth Street, Halifax, MA 02338.

                                                           /s/ Michael A. Feinberg
                                                           Michael A. Feinberg

DATED: June 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| PAINTERS AND ALLIED TRADES ) | |
| DISTRICT COUNCIL NO. 35 ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-10547-PBS |
| ) | |
| ) | |
| NORTH RIVER GLASS ) | |
|     Defendant. ) | |
| _____ ) | |

**<u>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT</u>**

The summons and the complaint in this action were served upon Harvey Graham, North River Glass, on March 31, 2005, by the Plymouth County Sheriffs Department. A copy of the return of service is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 7th day of June, 2005.

                                              /s/ Michael A. Feinberg
                                              Michael A. Feinberg
                                              Feinberg, Campbell & Zack, P.C.
                                              177 Milk Street
                                              Boston, MA 02109
                                              (617) 338-1976

AO 440 (Rev. 10/95) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts

Painters and Allied Trades
District Council No. 35

V.

North River Glass

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 10547 PBS

TO: (Name and address of defendant)

Mr. Harvey Graham
North River Glass
413 Plymouth Street
Halifax, MA 02338

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Feinberg, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 23 2005

CLERK

DEPUTY CLERK

440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ 
**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110
*Plymouth, ss.*

April 4, 2005

I hereby certify and return that on 3/31/2005 at 2:30PM I served a true and attested copy of the summons, complaint, exhibits, and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Harvey Graham, agent, person in charge at the time of service for North River Glass, at , 4 Lady Slipper, Pembroke, MA 02359. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($14.40) Total Charges $54.90

Deputy Sheriff  Russell F. Tinkham, Jr.                    _____
                                                                                  Deputy Sheriff

Executed on _____                          _____
                     Date                                                Signature of Server

                                                                    _____
                                                                        Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.