UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES )<br>DISTRICT COUNCIL NO. 35 )<br>    Plaintiff, )<br>             )<br>v.                   )<br>             )<br>             )<br>NORTH RIVER GLASS )<br>    Defendant )<br>             ) | C.A.: 05-10547-PBS |

## REQUEST FOR WAIVER FROM REQUIREMENT TO FILE ELECTRONICALLY

1. Defendant, North River Glass & Aluminum, L.L.C., is representing itself on a pro se basis and is unable to file electronically at this time.

Defendant,
By it's Operations Manager,

Harvey S. Graham
North River Glass & Aluminum, L.L.C.
413 Plymouth St.
Halifax, MA 02338
781 589 0070

Dated: 6-14-05

## CERTIFICATE OF SERVICE

I, Harvey S. Graham, hereby certify that on this day, I delivered a copy of the enclosed documents to the offices of Feinberg, Campbell & Zack, P.C.

Harvey S. Graham

Dated: 6-14-05