UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES ) <br> DISTRICT COUNCIL NO. 35 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NORTH RIVER GLASS ) <br> Defendant ) <br> ) | C.A.: 05-10547-PBS |

### ANSWER TO REQUEST FOR NOTICE OF DEFAULT

1. Defendant filed an answer to plaintiff's complaint with the Court and the plaintiff by hand on 4-21-05. Copy of date stamped answer is attached.
2. Defendant, North River Glass & Aluminum, L.L.C., is representing itself on a pro se basis and is unable to file electronically at this time.

WHEREFORE, Defendant respectfully requests that plaintiff's request for a default is denied.

Defendant,
By it's Operations Manager,

Harvey S. Graham
North River Glass & Aluminum, L.L.C.
413 Plymouth St.
Halifax, MA 02338
781 589 0070

Dated: 6-14-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED

CLERK'S OFFICE

2005 APR 21  P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

CA 05-10547 PBS

| PAINTERS AND ALLIED TRADES | ) |
| DISTRICT COUNCIL NO. 35 | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTH RIVER GLASS | ) |
| Defendant | ) |

## ANSWER OF COMPLAINT

1. Defendant, North River Glass & Aluminum, L.L.C., has it's principal place of business in Halifax, Massachusetts.
2. Defendant is not a party to a collective bargaining agreement with plaintiff and is not an independent signatory.

WHEREFORE, Defendant respectfully requests that this action be dismissed.

Defendant,
By it's Operations Manager,

*[signature]*
Harvey S. Graham
North River Glass & Aluminum, L.L.C.
413 Plymouth St.
Halifax, MA 02338
781 589 0070

Dated: 4-20-05