UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br>     Plaintiff,<br><br>v.<br><br><br>NORTH RIVER GLASS<br>     Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-10547-PBS<br>)<br>)<br>)<br>)<br>) |

**WITHDRAWAL OF NOTICE OF DEFAULT**

Now comes the Plaintiff, Painters and Allied Trades District Council No 35, and notifies this Court that it wishes to withdraw its Request for Notice of Default in the above-captioned matter.

        Respectfully submitted,

        For the Plaintiff,
        Painters and Allied Trades
        District Council No. 35
        By its Attorney,


        /s/ Michael A. Feinberg
        Michael A. Feinberg BBO# 161400
        Feinberg, Campbell & Zack, P.C.
        177 Milk Street
        Boston, MA  02109
        (617) 338-1976


Dated:  June 29, 2005

2

**Certificate of Service**

      I, Michael A. Feinberg, hereby certify that I caused a copy of the foregoing to be mailed this date by first class mail, postage prepaid, to Harvey S. Graham, North River Glass, 413 Plymouth Street, Halifax, MA 02338.

                                          /s/ Michael A. Feinberg
                                          Michael A. Feinberg

Dated: June 29, 2005