UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br><br>    Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-10547-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Please enter my appearance as counsel for the Painters and Allied Trades District Council No. 35 in the above-captioned matter.

Dated: July 29, 2005

Respectfully submitted,
Jonathan M. Conti
BBO #657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

/s/ Jonathan M. Conti
Attorney for Plaintiff

**Certificate of Service**

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing to be sent this date by first class mail to Harvey Graham, North River Glass, 413 Plymouth Street, Halifax, MA 02338

Date: July 29, 2005

/s/ Jonathan M. Conti
Jonathan M. Conti