UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br>　　　Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-10547-PBS<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO RESCHEDULE
### INITIAL SCHEDULING CONFERENCE

**NOW COMES** Plaintiff, Painters and Allied Trades District Council No. 35, and with the assent of Defendant, North River Glass, and hereby requests that the Scheduling Conference in the above-captioned matter be rescheduled from September 8, 2005 to September 22, 2005. As grounds for this Motion, Plaintiff states as follows:

1. The Court has scheduled an Initial Scheduling Conference for September 8, 2005.

2. Jonathan M. Conti, Esq., Counsel for the Plaintiff, will be out of the country on September 8, 2005.

3. Harvey Graham, President of North River Glass, and the individual who is representing Defendant in this matter, will be on vacation on September 8, 2005.

4. Defendant has assented to Plaintiff's Motion.

WHEREFORE, Plaintiff respectfully requests that the Court reschedule the Initial Scheduling Conference from September 8, 2005 to September 22, 2005.

    Respectfully submitted,
For the Plaintiff
By his Attorney

/s/ Jonathan M. Conti
Jonathan M. Conti, BBO#657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, Massachusetts 02109
(617) 338-1976

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, Esq., hereby certify that a copy of the Assented to Motion to Reschedule Initial Scheduling Conference was served this 9th day of August by first class mail upon Harvey Graham, North River Glass, 413 Plymouth Street, Halifax, MA 02338.

/s/ Jonathan M. Conti
Jonathan M. Conti