UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Painters and Allied Trades District Council No. 35**
        Plaintiff,        CIVIL ACTION
                                NO.   05-10547-PBS
    v.

**North River Glass**
        Defendant.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                            September 14, 2005

      The Scheduling Conference previously scheduled for September 22, 2005, has been **rescheduled** to **September 21, 2005, at 10:30 a.m.**

                                                                By the Court,

                                                                 _./s/ Robert C. Alba_
                                                                 Deputy Clerk

Copies to:  All Counsel

resched.ntc