UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS<br>Defendant. | F I L E D<br>In Open Court<br>USDC, Mass.<br>Date 9-21-05<br>By _____<br>Deputy Clerk<br><br>C.A. No.: 05-10547-PBS |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for Plaintiff and Pro Se Defendant have conferred for the express purpose of (1) preparing an agenda of matters to be discussed at the September 21, 2005 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As a result of said conference between Plaintiff Counsel and Pro Se Defendant the parties have agreed, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule:

1. All discovery shall be completed by November 21, 2005.

2. Any Motions for Summary Judgment shall be filed by December 21, 2005.

3. The final pre-trial conference shall be scheduled in conjunction with the initial scheduling conference.

4. The parties decline at this time to consent to trial by magistrate.

Dated this 21st day of September, 2005.

| For the Plaintiff | For the Defendant, |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 | NORTH RIVER GLASS & ALUMINUM, LLC |

By its Attorney,

_____  
Jonathan M. Conti  
BBO # 657163  
Feinberg, Campbell & Zack, P.C.  
177 Milk Street  
Boston, MA 02109  
(617) 338-1976

_____  
Harvey s. Graham, Operations Manager  
North River Glass & Aluminum, L.L.C.  
413 Plymouth Street  
Halifax, MA 02338  
(781) 589-0070