UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35,<br><br>Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS, CO., INC.,<br><br>and its successor<br><br>NORTH RIVER GLASS & ALUMINUM, L.L.C.,<br>Defendants. | C.A. No.: 05-10547-PBS |

### Notice of Paper Filing

Plaintiff hereby requests the Court allow a paper filing of Plaintiff's Motion for Judgment in the above referenced case. Such motion will include Motion to Amend Caption, Memorandum in Support of Plaintiff's Motion for Default Judgment or in the Alternative Summary Judgment, Statement of Undisputed Material Facts in Support of the Plaintiff's Motion for Summary Judgment; Affidavit of Jonathan M. Conti, Affidavit of Heather Palmacci and Ralph Harriman and accompanying exhibits.

Such request is made due to the difficulty in scanning the voluminous exhibits attached to the affidavits.

Dated this 5th day of October, 2005.        Respectfully submitted
                                                      For the Plaintiff
                                                      By its attorney,

                                                      /s/ Jonathan M. Conti
                                                      Jonathan M. Conti
                                                      BBO #657163
                                                      Feinberg, Campbell & Zack, P.C.
                                                      177 Milk Street
                                                      Boston, MA  02109
                                                      (617) 338-1976