UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES <br> DISTRICT COUNCIL NO. 35 <br> Plaintiff, <br><br> v. <br><br> NORTH RIVER GLASS, CO., INC., <br><br> and its successor <br><br> NORTH RIVER GLASS & <br> ALUMINUM, L.L.C., <br> Defendants. | C.A. No.: 05-10547-PBS |

## MOTION FOR JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff moves for entry of a default judgment against Defendants North River Glass Co., Inc., and North River Glass & Aluminum, L.L.C., for failing to retain an attorney to represent the corporate defendants.

In the alternative, Plaintiff respectfully moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter judgment in its favor as a matter of law.

In support of its motion, Plaintiff submits the attached Memorandum of Law.

Dated this 5th day of October, 2005.

Respectfully submitted
For the Plaintiff
By its attorney,

/s/ Jonathan M. Conti
Jonathan M. Conti
BBO #657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976