UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES )<br>DISTRICT COUNCIL NO. 35 )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NORTH RIVER GLASS, CO., INC., )<br>)<br>and its successor, )<br>)<br>NORTH RIVER GLASS & )<br>ALUMINUM, L.L.C., )<br>    Defendants ) | C.A. No.: 05-10547-PBS |

## AFFIDAVIT OF JONATHAN M. CONTI

I, Jonathan M. Conti, Esq., under oath, affirm and declare as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I have acted as legal representative of Defendant Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. Painters and Allied Trades District Council No. 35 filed a Complaint in this matter on March 23, 2005 against Defendant North River Glass.

3. Defendant answered the Complaint on April 20, 2005, and a Scheduling Conference was held on September 21, 2005.

2

4. At the Scheduling Conference, Defendant was ordered to retain counsel to represent the corporation. Upon information and belief, as of October 4, 2005, Defendant has not retained an attorney.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF OCTOBER, 2005.

Jonathan M. Conti