UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
PAINTERS AND ALLIED TRADES          )
DISTRICT COUNCIL NO. 35             )
        Plaintiff,                  )
                                    )
v.                                  )        C.A. No.: 05-10547-PBS
                                    )
                                    )
NORTH RIVER GLASS                   )
        Defendant.                  )
                                    )
```

## MOTION TO AMEND CAPTION

NOW COMES Plaintiff, Painters and Allied Trades District Council No. 35, and

respectfully requests permission to amend the caption of its Complaint by changing the

listed Defendant from "North River Glass" to "North River Glass Co., Inc. and its

successor, North River Glass & Aluminum, L.L.C." As grounds for its motion, Plaintiff

states as follows:

1.      Painters and Allied Trades District Council No. 35  filed a Complaint in this

        matter on March 23, 2005 against Defendant North River Glass.

2.      Defendant answered the Complaint on April 20, 2005 as "North River Glass &

        Aluminum, L.L.C."

3.      A Scheduling Conference was held before the Court on September 21, 2005.  A

        the Scheduling Conference, Defendant represented itself as "North River Glass &

        Aluminum, L.L.C.", and took the position that it was not signatory to a collective

        bargaining agreement with Plaintiff.

4.    The District Council and the Painters & Finishing Employers Association of New England, Inc. ("Contractors Association"), and the Glass Employers Association of New England, Inc., are parties to a collective bargaining agreement (hereinafter "the agreement") with effective dates of July 1, 2002 to June 30, 2006.

5.    Defendant North River Glass Co., Inc., signed a Memorandum of Understanding for Non-Association Independent Contractors on November 2, 1998.

6.    Defendant North River Glass Co., Inc., made contributions to the Funds and completed and submitted remittance reports from 1998 through on or about July 2002.

7.    North River Glass & Aluminum, L.L.C., was formed on or about March 23, 2002, and began making contributions to the Funds in or about July 2002 in the same manner in which North River Glass Co., Inc, previously did.

8.    Plaintiff alleges that North River Glass & Aluminum, LLC is the successor of North River Glass Co., Inc.

WHEREFORE, Plaintiff respectfully requests that it be allowed to amend the caption of its Complaint from "North River Glass" to "North River Glass Co., Inc and its successor, North River Glass & Aluminum, L.L.C."

Dated this 5th day of October, 2005.         Respectfully submitted
                                            For the Plaintiff
                                            By its attorney,

                                            /s/ Jonathan M. Conti
                                            Jonathan M. Conti
                                            BBO #657163
                                            Feinberg, Campbell & Zack, P.C.
                                            177 Milk Street
                                            Boston, MA 02109
                                            (617) 338-1976