## Certificate of Service

    I, Jonathan M. Conti, Esq. hereby certify that a copy of Plaintiff's Motion for Judgment; Motion to Amend Caption; Memorandum in Support of Plaintiff's Motion for Default Judgment or in the Alternative Summary Judgment; Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment; Affidavits of Jonathan M. Conti, Heather Palmacci (with Exhibits 1-13) and Ralph Harriman (with Exhibits A-G) was served this 5th day of October 2005 by First Class mail to Mr. Harvey Graham, North River Glass, 413 Plymouth Street, Halifax, MA 02338.

/s/ Jonathan M. Conti
Jonathan M. Conti