UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Painters and Allied Trades District Council No. 35,
    Plaintiff,

V.

                              CIVIL ACTION:    05-10547-PBS

North River Glass, Co., Inc,

and its successor

North River Glass & Aluminum, L.L.C.
    Defendants

## **DEFAULT JUDGMENT**

SARIS, U.S.D.J.                                                   November 1, 2005

      Pursuant to this Court's endorsed order of October 26, 2005, allowing Plaintiff's Motion for Judgment, it is ORDERED and ADJUDGED that default judgment is hereby entered against Defendants North River Glass, Co., Inc, and North River Glass and Aluminum, L.L.C. and in favor of the Plaintiff Painters and Allied Trades District Council No. 35.

                                                        By the Court,

                                                        /s/ Robert C. Alba
                                                      Deputy Clerk