UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35,<br>    Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS, CO., INC.,<br><br>and its successor<br><br>NORTH RIVER GLASS & ALUMINUM, L.L.C.,<br>    Defendants. | C.A. No.: 05-10547-PBS |

## MOTION TO AMEND DEFAULT JUDGMENT

NOW COMES Plaintiff Painters and Allied Trades District Council No. 35, and moves to amend the Default Judgment entered on November 1, 2005, to include damages in the amount of $19,047.39.

In support of its motion, Plaintiff submits the attached Declaration of Damages and Taxable Costs and Affidavit of Jonathan M. Conti.

SIGNED UNDER PENALTIES OF PERJURY THIS 8th DAY OF NOVEMBER, 2005.

/s/ Jonathan M. Conti
Jonathan M. Conti
BBO# 657163

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES )<br>DISTRICT COUNCIL NO. 35 )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>NORTH RIVER GLASS, CO., INC., )<br> )<br>and its successor )<br> )<br>NORTH RIVER GLASS & )<br>ALUMINUM, L.L.C., )<br>    Defendants. )<br> ) | C.A. No.: 05-10547-PBS |

## DEFAULT JUDGMENT

A default has been entered against North River Glass Co., Inc., and its successor, North River Glass & Aluminum, L.L.C., on November 1, 2005.

Now, upon application and declaration of Plaintiff demonstrating that Defendants owe Plaintiff the sum of $14,398.54 pursuant to the arbitration award, interest in the amount of $919.05, and reasonable attorney's fees and costs in the amount of $3,729.80 it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants the sum of $19,047.39. Motions for default judgment brought by the Plaintiff were submitted to the Court and subsequently filed with the Clerk.

Dated this ___ day of _____, 2005.

BY THE COURT

_____
U.S. District Court Judge