UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br>    Plaintiff,<br><br>v.<br><br>NORTH RIVER GLASS, CO., INC.,<br><br>and its successor<br><br>NORTH RIVER GLASS &<br>ALUMINUM, L.L.C.,<br>    Defendants. | C.A. No.: 05-10547-PBS |

AFFIDAVIT OF JONATHAN M. CONTI
IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

Jonathan M. Conti deposes and says as follows:

1. I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 15 hours charged at the rate of $195.00 per hour and 1.5 hours charge at the rate of $215.00 per hour. Accordingly, the amount of legal fees incurred by the District Council as a result of work

performed by this office is $3,247.50. The costs incurred total $482.30 (see attached documentation).

3. The total attorney's fees and costs incurred by the Plaintiff are $3,729.80.

SIGNED UNDER PENALTIES OF PERJURY THIS 8th DAY OF NOVEMBER, 2005.

/s/ Jonathan M. Conti
Jonathan M. Conti
BBO# 657163

Date: 11/04/2005

**Detail Transaction File List**
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 128.065 | 03/22/2005 | MAF | A | 18 | 215.00 | 1.50 | 322.50 | Preparation of Federal Court Complaint<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 08/09/2005 | JMC | A | 18 | 195.00 | 0.50 | 97.50 | Preparation and filing of Assented to Motion to Reschedule Scheduling Conference<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/20/2005 | JMC | A | 21 | 195.00 | 1.00 | 195.00 | Review file; Conference with Attorney Feinberg; Telephone conference with H. Graham; Draft Joint Scheduling Report, settlement offer, and Rule 16b Statement<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/21/2005 | JMC | A | 21 | 195.00 | 1.25 | 243.75 | Review file; Edit Joint Statement; Attend scheduling conference; Research regarding Pro Se Defendant representing corporation or LLC; Telephone conference with Heather Palmacci<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/22/2005 | JMC | A | 20 | 195.00 | 1.00 | 195.00 | Research for Default Judgment motion; Telephone conference with H. Palmacci<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/26/2005 | JMC | A | 18 | 195.00 | 0.75 | 146.25 | Preparation of Default Judgment Motion/ Motion for Summary Judgment<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/27/2005 | JMC | A | 1 | 195.00 | 0.25 | 48.75 | Telephone conferences with H. Palmacci and J. Itri; Conference with Attorney Feinberg; Research<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/28/2005 | JMC | A | 27 | 195.00 | 1.75 | 341.25 | Draft Memo in Support of Motion for Default Judgment/ Summary Judgment; Research<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/29/2005 | JMC | A | 18 | 195.00 | 2.00 | 390.00 | Preparation of Default Judgment/Summary Judgment brief; Research<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 09/30/2005 | JMC | A | 35 | 195.00 | 1.50 | 292.50 | Edit Default/Summary Judgment brief; Draft Statement of Facts and Affidavit of Palmacci and Harriman<br>Painters & Allied Trades D.C.#35 Funds<br>North River Glass | ARCH |
| 128.065 | 10/03/2005 | JMC | A | 35 | 195.00 | 4.50 | 877.50 | Edit Brief, Affidavits, and Statement of Facts; Draft Affidavit for | ARCH |