UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES <br> DISTRICT COUNCIL NO. 35 <br> Plaintiff, <br><br> v. <br><br> NORTH RIVER GLASS, CO., INC., <br><br> and its successor <br><br> NORTH RIVER GLASS & <br> ALUMINUM, L.L.C., <br> Defendants. | C.A. No.: 05-10547-PBS |

### DEFAULT JUDGMENT

A default has been entered against North River Glass Co., Inc., and its successor, North River Glass & Aluminum, L.L.C., on November 1, 2005.

Now, upon application and declaration of Plaintiff demonstrating that Defendants owe Plaintiff the sum of $14,398.54 pursuant to the arbitration award, interest in the amount of $919.05, and reasonable attorney's fees and costs in the amount of $3,729.80 it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants the sum of $19,047.39. Motions for default judgment brought by the Plaintiff were submitted to the Court and subsequently filed with the Clerk.

Dated this ___ day of _____, 2005.

BY THE COURT

_____
U.S. District Court Judge